THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla Cerra@usdoj.gov

Attorneys for Defendant Commissioner of Social Security

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| HAROLD DOUGLAS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> COMMISSIONER OF SOCIAL <br> SECURITY, <br><br> Defendant. | ) EDCV 02-0722 E <br> ) <br> ) <br> ) <br> ) <br> ) <u>JUDGMENT FOR DEFENDANT</u> <br> ) <br> ) <br> ) <br> ) |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Defendant, the Court hereby grants judgment for Defendant.

DATE: March 11, 2008

                                              /s/                 -
                                      CHARLES EICK
                                      United States Magistrate Judge